

Opinions of the United
States Court of Appeals
for the Third Circuit

10-26-2005

# USA v. Shough

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-1443

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Shough" (2005). *2005 Decisions.* Paper 339.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/339

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**NOT PRECEDENTIAL**

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-1443
_____

UNITED STATES OF AMERICA

v.

LEONARD SHOUGH,
*Appellant*

_____

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. No. 04-cr-00009E)
District Judge: Honorable Maurice B. Cohill, Jr.

_____

Submitted Under Third Circuit LAR 34.1(a)
October 21, 2005
Before: SMITH, BECKER and NYGAARD, *Circuit Judges*

(Filed: October 26, 2005 )

_____

OPINION

_____

BECKER, *Circuit Judge*.

Pursuant to a plea agreement, appellant Leonard Shough entered a plea of guilty to

the first count of an eight-count indictment charging him with mail and wire fraud. Shough was sentenced to 84 months' imprisonment followed by a term of three years' supervised release.

Appellant challenges his sentence under *United States v. Booker*, 543 U.S. —, 125 S. Ct. 738 (2005), the sentence having been based in part upon findings made by the District Court as to amount of loss and Shough's conduct in assuming another's identity. Having determined that the sentencing issues appellant raises are best determined by the District Court in the first instance, we will vacate the sentence and remand for resentencing in accordance with *Booker*. *See United States v. Davis*, 407 F.3d 162 (3d Cir. 2005) (*en banc*).